# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERRY JOSEPH WOODS,<br><br>        Plaintiff,<br><br>  v.<br><br>SHULTZ, et. al.,<br><br>        Defendants.<br>_____/ | CV F   05-00423 AWI LJO P<br><br>ORDER DISREGARDING MOTION TO AMEND (Doc. 19.)<br><br>ORDER DIRECTING CLERK OF COURT TO FILE AMENDED COMPLAINT |

    Perry Joseph Woods ("Plaintiff") is a federal prisoner proceeding pro se and in forma pauperis in this civil action.  Plaintiff seeks relief pursuant to <u>Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics</u>, 403 U.S. 388 (1971), which provides a remedy for violation of civil rights by federal actors.

    Plaintiff filed the instant action on March 31, 2005.  On May 2, 2005, Plaintiff filed a Motion for Leave to Amend the Complaint.  The Court DISREGARDED that Motion as no answer had yet been filed by the Defendants and permission was unnecessary.  Although Plaintiff filed two subsequent Motions to Amend, they were Motions to have the Court Amend an Order, not a Motion to file an Amended Complaint.  As a result, the Clerk of Court did not FILE the submitted Amended Complaint and instead lodged it.

    A plaintiff may amend his complaint *once* "as a matter of course," and without leave of Court, before a response has been filed under Federal Rule of Civil Procedure 15(a).  Fed.R.Civ.P. 15(a); <u>Bonn v. Calderon</u>, 59 F.3d 815, 845 (9th Cir. 1995).  Leave of Court is

1  required for all other amendments.  Rule Civ. P. 15(a).  While the Court should freely give leave
2  to amend if justice requires, the Court may deny leave to amend if the amendment would be
3  futile or subject to dismissal.  <u>Bonn</u>, 59 F.3d at 845; <u>Saul v. United States</u>, 928 F.2d 829, 843 (9th
4  Cir. 1991).

5      As noted above, the Defendants have not yet filed a responsive pleading as the Court has
6  yet to conduct a preliminary screening of the case.  Thus, permission to file an Amended
7  Complaint is unnecessary.  Accordingly, the Motion will again be DISREGARDED and the
8  Clerk of Court DIRECTED to file the lodged Amended Complaint.

9      The Court HEREBY ORDERS:

10      1.   The Motion to Amend the Complaint is DISREGARDED; and

11      2.   The Clerk of Court is DIRECTED to file the lodged Amended Complaint.

12  IT IS SO ORDERED.

13  **Dated:   July 13, 2006**          **/s/ Lawrence J. O'Neill**
    b9ed48          UNITED STATES MAGISTRATE JUDGE