IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERRY JOSEPH WOODS, | 1:05-cv-00423-AWI-GSA-PC |
| Plaintiff, | ORDER ADOPTING FINDINGS & RECOMMENDATIONS (Doc. 27) |
| vs. | |
| SCHULTZ, et al., | ORDER FOR ACTION TO PROCEED ON PLAINTIFF'S CLAIMS FOR CONSPIRACY AND FOR DUE PROCESS UNDER THE FIFTH AMENDMENT |
| Defendants. | |
| | ORDER DISMISSING FOURTH AMENDMENT CLAIMS |
| _____/ | ORDER REFERRING CASE BACK TO MAGISTRATE FOR FURTHER PROCEEDINGS |

Perry Joseph Woods ("plaintiff") is a federal prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to Bivens vs. Six Unknown Agents, 403 U.S. 388 (1971). On July 13, 2006, plaintiff filed the first amended complaint upon which this action proceeds. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On April 25, 2008, findings and recommendations were entered, recommending that this action proceed on the first amended complaint with plaintiff's claims for conspiracy and for Fifth Amendment due process claims, and that plaintiff's Fourth Amendment claims be dismissed. Plaintiff was provided an opportunity to file objections to the findings and recommendations within

1

thirty days.   To date, plaintiff has not filed objections or otherwise responded to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 73-305, this court has conducted a <u>de</u> <u>novo</u> review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendations issued by the Magistrate Judge on April 25, 2008, are ADOPTED in full;

2. This action shall PROCEED on plaintiff's first amended complaint lodged on June 27, 2006, and filed on July 13, 2006, against defendants Captain Joseph Moorhead; Special Investigation Agent Carroll Cole, Jr.; Unit Manager Romulo Armendariz; Lieutenant Darrin McWhorter; Associate Warden Alan Booth; Assistant Warden Cathryn Gant; and Warden Paul Schultz for conspiracy and violation of plaintiff's rights to procedural due process under the Fifth Amendment of the United States Constitution;

3. Plaintiff's claims under the Fourth Amendment of the United States Constitution are DISMISSED for plaintiff's failure and inability to state a claim; and

4. This case is REFERRED back to the Magistrate Judge to initiate service of process.

IT IS SO ORDERED.

**Dated:    June 10, 2008**              /s/ Anthony W. Ishii
                                         UNITED STATES DISTRICT JUDGE

2