# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERRY JOSEPH WOODS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SCHULTZ, et al.,<br><br>　　　　Defendants.<br>_____/ | 1:05-cv-00423-AWI-GSA-PC<br><br>ORDER FINDING SERVICE OF COMPLAINT APPROPRIATE, AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS<br><br>(Doc. 22) |

Plaintiff Perry Joseph Woods ("plaintiff") is a federal prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to Bivens vs. Six Unknown Agents, 403 U.S. 388 (1971). Plaintiff filed this action on March 31, 2005. On July 13, 2006, plaintiff filed the first amended complaint upon which this action proceeds. The court screened plaintiff's first amended complaint pursuant to 28 U.S.C. § 1915A and found that it states cognizable claims for relief against defendants Captain Joseph Moorhead; Special Investigation Agent Carroll Cole, Jr.; Unit Manager Romulo Armendariz; Lieutenant Darrin McWhorter; Associate Warden Alan Booth; Assistant Warden Cathryn Gant; and Warden Paul Schultz for conspiracy and violation of plaintiff's rights to procedural due process under the Fifth Amendment of the United States Constitution. Fed. R. Civ. P. 8(a); Consejo De Desarrollo Economico De Mexicali, A. C. v. United States, 482 F.3d 1157, 1170 n.4 (9th Cir. 2007) (citing to Bolling v. Sharpe, 347 U.S. 497 (1954)); Wolff v. McDonnell, 418 U.S. 539, 556, 563-70 (1974); Sandin v. Conner, 515 U.S. 472, 483-84 (1995); Superintendent v. Hill 472 U.S. 445, 454 (1985); Neal v. Shimoda, 131 F.3d 818, 830-31 (9th Cir. 1997); Walker v. Sumner, 14 F.3d 1415, 1419-20 (9th Cir. 1994); McFarland v. Cassady, 779 F.2d 1426, 1428 (9th

Cir. 1986); Koenig v. Vannelli, 971 F.2d 422, 423 (9th Cir. 1992); Ponte v. Real, 471 U.S. 491, 495 (1985); Mitchell v. Dupnik, 75 F.3d 517, 525 (9th Cir. 1996); Zimmerlee v. Keeney, 831 F.2d 183, 187-88 (9th Cir. 1987)(per curiam).; Touissaint v. McCarthy, 926 F.2d 800, 802-03 (9th Cir. 1991); Bostic v. Carlson, 884 F.2d 1267, 1269-70 (9th Cir. 1989); Jancsek, III v. Oregon bd. Of Parole, 833 F.2d 1389, 1390 (9th Cir. 1987); Cato v. Rushen, 824 F.2d 703, 705 (9th Cir. 1987); Burnsworth v. Gunderson, 179 F.3d 771, 774-74 (9th Cir. 1999); Hines v. Gomez, 108 F.3d 265, 268 (9th Cir. 1997); Hewitt v. Helms 459 U.S. 460, 468 n. 4 (1983); Clark v. Brewer, 776 F.2d 226, 228-30 (8th Cir.1985) ; Ting v. United States, 927 F.2d 1504, 1512 (9th Cir. 1991).

Accordingly, it is HEREBY ORDERED that:

1. Service is appropriate for the following defendants:

    CAPTAIN JOSEPH MOORHEAD

    SPECIAL INVESTIGATION AGENT CARROLL COLE, JR.

    UNIT MANAGER ROMULO ARMENDARIZ

    LIEUTENANT DARRIN McWHORTER

    ASSOCIATE WARDEN ALAN BOOTH

    ASSISTANT WARDEN CATHRYN GANT

    WARDEN PAUL SCHULTZ

2. The Clerk of the Court shall send plaintiff seven (7) USM-285 forms, seven (7) summonses, a Notice of Submission of Documents form, an instruction sheet and a copy of the first amended complaint filed July 13, 2006.

3. Within **thirty (30) days** from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the court with the following documents:

    a. Completed summonses;

    b. One completed USM-285 form for each defendant listed above; and

    c. Eight (8) copies of the endorsed first amended complaint filed July 13, 2006.

4. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the

United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. <u>The failure to comply with this order will result in a recommendation that this action be dismissed</u>.

IT IS SO ORDERED.

**Dated:** **June 11, 2008**          /s/ **Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE

3