IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERRY JOSEPH WOODS,<br><br>    Plaintiff,<br><br>  vs.<br><br>SCHULTZ, et al.,<br><br>    Defendants.<br>_____/ | 1:05-cv-00423-AWI-GSA-PC<br><br>ORDER ADOPTING FINDINGS & RECOMMENDATIONS<br>(Doc. 30.)<br><br>ORDER DISMISSING ACTION AND DIRECTING CLERK TO CLOSE CASE |

      Perry Joseph Woods ("plaintiff") is a former prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to <u>Bivens vs. Six Unknown Agents</u>, 403 U.S. 388 (1971). The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

      On August 4, 2008, findings and recommendations were entered, recommending that this action be dismissed based on plaintiff's failure to obey the court's order of June 13, 2008. (Doc. 30.) Plaintiff was provided an opportunity to file objections to the findings and recommendations within thirty days. To date, plaintiff has not filed objections or otherwise responded to the findings and recommendations.

      In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 73-305, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire

1

file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendations issued by the Magistrate Judge on August 4, 2008, are adopted in full;

2. This action is dismissed in its entirety, based on plaintiff's failure to comply with the court's order of June 13, 2008; and

3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

**Dated:   September 17, 2008**               /s/ Anthony W. Ishii
                                             CHIEF UNITED STATES DISTRICT JUDGE